UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROCK LESNAR, : | CIVIL ACTION NO.: |
| : | 3:05 CV 221 (CFD) |
| Plaintiff, : | |
| : | |
| V. : | |
| : | |
| WORLD WRESTLING ENTERTAINMENT, INC., : | |
| : | |
| Defendant. : | MAY 17, 2005 |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(c) and Local Civil Rule 56, the Plaintiff, Brock Lesnar ("Lesnar"), hereby moves for the entry of a Summary Judgment in his favor and against the Defendant, World Wrestling Entertainment, Inc. ("WWE"), declaring that the non-competition provisions in Section 4(a) of the parties' Settlement Agreement, which purport to restrict his ability to work in or be associated with the businesses of "professional wrestling," "ultimate fighting" and/or "sports entertainment" in any capacity anywhere in the world through June 30, 2010, are void and unenforceable as a matter of law. The undisputed facts demonstrate that the purported restrictions on competition are not reasonably tailored to "fairly" protect WWE's legitimate business interests, impose an excessive and unreasonable restraint on Lesnar's ability to pursue his occupation and earn a living, and contain excessively broad and unreasonable temporal and geographic limitations.

The Plaintiff submits herewith in support of his Motion, a Local Rule 56(a)(1) Statement of Material Facts, a Memorandum of Law and Exhibits A through U-4.

                    Respectfully Submitted,

                    THE PLAINTIFF,
                    BROCK LESNAR

By: _____
     Scott S. Centrella / ct05809
     Diserio Martin O'Connor & Castiglioni LLP
     One Atlantic Street
     Stamford, Connecticut 06901
     Tel: 203-358-0800
     E-mail: scentrella@dmoc.com

     David Bradley Olsen / 197944
     Henson & Efron, P.A.
     220 South Sixth Street, Suite 1800
     Minneapolis, Minnesota 55402
     Tel: 612-339-2500
     E-mail: dolsen@hensonefron.com
     *Attorneys for the Plaintiff, Brock Lesnar*

H:\LIT\JMS\23026.MOTION FOR SUMMARY JUDGMENT.DOC

- 3 -

## CERTIFICATION

     This is to certify that a true copy of the foregoing has been mailed to all counsel and pro se parties of record:

     Daniel L. Schwartz, Esq.
     Day, Berry & Howard, LLP
     One Canterbury Green
     Stamford, CT 06901
     Phone: 203-977-7536
     Fax:    203-977-7301

     Jerry S. McDevitt, Esq.
     Mark D. Feczko, Esq.
     Christopher Michalski, Esq.
     Kirkpatrick & Lockhart Nicholson Graham LLP
     535 Smithfield Street
     Pittsburgh, PA 15222
     Phone: 412-355-6500
     Fax:    412-355-6501

Dated: May 17, 2005
       Stamford, CT

                                                                            _____
                                                                            Scott S. Centrella/ct05809

H:\LIT\JMS\23026.MOTION FOR SUMMARY JUDGMENT.DOC