UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BROCK LESNAR, | ) | CIVIL ACTION NO: |
| | ) | 3:05cv221 (CFD) |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| WORLD WRESTLING | ) | |
| ENTERTAINMENT, INC. | ) | |
| | ) | |
| Defendant. | ) | MAY 18, 2005 |

### NOTICE OF MANUAL FILING

Please take notice that the Plaintiff, BROCK LESNAR, has manually filed the Exhibits to the Motion for Summary Judgment and Memorandum of Law in Support thereof.

These Exhibits have not been filed electronically because: [mark all that apply]

[ ] The document (or thing) cannot be converted to an electronic format;

[X] The electronic file size of the document exceeds 1.5 mb;

[ ] The document (or thing) is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b) or is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g. Criminal Justice Act Vouchers submitted pursuant to 18 U.S.C. § 3006A];

[ ] Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.

These Exhibits were manually served on all parties on May 17, 2005.

                            Respectfully submitted,

                            THE PLAINTIFF,
                            BROCK LESNAR

By: _____
              Scott S. Centrella
              Diserio Martin O'Connor &
                Castiglioni LLP
              One Atlantic Street
              Stamford, CT 06901-2402
              Tel: 203-358-0800
              Fax: 203-348-2321
              E-mail: scentrella@dmoc.com
              Fed Bar No. ct05809

David Bradley Olsen / 197944
220 South Sixth Street, Suite 1800
Minneapolis, Minnesota 55402
Tel: 612-339-2500
E-mail: dolsen@hensonefron.com
*Attorneys for the Plaintiff, Brock Lesnar*