UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| BROCK LESNAR, | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 3:05CV221 (CFD) |
| vs. | : |
| | : |
| WORLD WRESTLING | : |
| ENTERTAINMENT, INC., | : |
| | : |
| Defendant. | : DECEMBER 6, 2005 |

**DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S MOTION
FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Civil Procedures and Local Rule 7, Defendant World Wrestling Entertainment, Inc. ("WWE") moves this Court for a temporary restraining order and preliminary injunction, for the reasons set forth in WWE's memorandum of law filed concurrently herewith, to enjoin Plaintiff Brock Lesnar ("Lesnar") from breaching the Settlement Agreement and General Release of All Claims (the "Settlement Agreement") between WWE and Lesnar. WWE respectfully requests that this Honorable Court enter a Temporary Restraining Order in the form of the order attached hereto, and a Preliminary Injunction in the form of the order attached hereto, enjoining Lesnar from:

a.  performing or appearing in association with New Japan on December 10 and 11, 2005 and January 4, 2006;

b.  otherwise performing or appearing in association with New Japan or any other person or entity involved in professional wrestling during the pendency of this litigation;

PI-1481279 v1

c.  entering into any agreement to perform or appear in association with New Japan or any other person or entity involved in professional wrestling during the pendency of this litigation; and

d.  otherwise breaching his obligations to WWE under the Settlement Agreement and General Release of All Claims.

Respectfully submitted,

By: _/s/_____

Jerry S. McDevitt (*pro hac vice*, ct11783)
Mark D. Feczko (*pro hac vice*, ct20426)
Christopher Michalski (*pro hac vice*, phv0290)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500

Daniel L. Schwartz, Esq. (ct09862)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300

Attorneys for Defendant,
World Wrestling Entertainment, Inc.

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by hand delivery ~~and/or first class mail, postage prepaid,~~ on the date hereof to the following counsel of record:

>Scott S. Centrella, Esq.
>Diserio Martin O'Connor & Castiglioni LLP
>One Atlantic Street
>Stamford, CT 06901

*/s/ Daniel L. Schwartz*
Daniel L. Schwartz

DECEMBER 6, 2005