UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BROCK LESNAR, | : | Civil Action No. |
| Plaintiff, | : | 3:05-CV- 221 (CFD) |
| | : | |
| v. | : | |
| | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | DECEMBER 6, 2005 |

**NOTICE OF MANUAL FILING**

Please take notice that Defendant World Wrestling Entertainment, Inc. has manually filed the following documents or things:

1. Appendix in Support of Defendant World Wrestling Entertainment, Inc.'s Memorandum of Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction (Redacted with original Affidavits).

2. Appendix in Support of Defendant World Wrestling Entertainment, Inc.'s Memorandum of Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction (Unredacted).

This document has not been filed electronically because

☐ the document or thing cannot be converted to an electronic format

☒ the electronic file size of the documents exceeds 1.5 megabytes

☒ the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

☐ Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

BY _/s/ Daniel L. Schwartz_
Jerry S. McDevitt (pro hac vice, ct 11783)
Mark D. Feczko (pro hac vice, ct20426)
Christopher Michalski (pro hac vice, phv0290)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500

Daniel L. Schwartz, Esq., (ct09862)
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300

Attorneys for Defendant,
World Wrestling Entertainment, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2005 a true copy of the foregoing document was served via hand delivery, upon all counsel of record.

> Scott S. Centrella, Esq.
> Diserio Martin O'Connor & Castiglioni LLP
> One Atlantic Street
> Stamford, CT 06901

_/s/ Daniel L. Schwartz_
Daniel L. Schwartz