StarTribune.com   MINNEAPOLIS - ST. PAUL, MINNESOTA

| Home | News | Sports | Lifestyle | Entertainment | Opinion | Cars | Homes | Jobs | Shopping | Customer Service |

Log in | Register    Search  All    [GO]  Help

Mercedes-Benz 4MATIC All-Wheel Drive.

Home | Local                                WRESTLER1114

# Authorities seek cause of WWE wrestler's death

Foul play isn't suspected in the death of wrestler Eddie Guerrero, in Minneapolis to tape a show. Fans paid tribute at Target Center.

**Chao Xiong**, Star Tribune
Last update: November 14, 2005 at 11:04 AM

 Printer friendly   E-mail this story

**Top read stories**
- KARE dispute is an old story: Unequal pay
- Bus kills Twin Cities student who dreamed of being a scientist
- Vikings should thank Buffalo for turnaround
- Twins: Deal for Marlins' Castillo in the works
- Report: Ford likely to close St. Paul plant

**Top emailed stories**
- Holiday light displays bring warmth to the season
- Best Buy founder pledges millions to Mayo Clinic for cancer research
- Vikings should thank Buffalo for turnaround
- Vikings: Culpepper to continue rehab in Florida
- Tom Cruise's personal sonogram machine has experts concerned

**Related content**
Sign the guest book

**Local**
- Dog rescued from thin ice in Stearns County
- Minneapolis to OK 24-hour homeless shelters
- State plan angered 3M official, MPCA officials tell panel
- Lake of the Isles fire apparently accidental
- Minnesota soldier accused of shipping AK-47s home

When World Wrestling Entertainment superstar Eddie Guerrero didn't answer his wakeup call Sunday and didn't respond to a knock on his Minneapolis hotel room door, his nephew and security forced their way in. They found the 5-foot-8, 220-pound wrestler on the floor.

Efforts to resuscitate the 38-year-old weren't successful and the WWE was suddenly faced with finding the delicate balance between continuing with Sunday's show at Target Center while paying tribute to one of its biggest attractions.

"This is a huge loss," said WWE chairman Vince McMahon. "Eddie was a wonderful, fun-loving human being. Eddie was a consummate performer."

His nephew and fellow WWE wrestler, Chavo Guerrero, said he found his uncle dead shortly after 7 a.m. in his room at the Marriott Hotel in downtown Minneapolis.

Police said there were no signs of foul play or indications of suicide.

Chavo Guerrero said everything with his uncle had seemed just fine.

The flight from Phoenix to Minneapolis Saturday. The post-flight dinner. The last time they talked they made plans to order breakfast and then hit the gym Sunday morning. Instead, Chavo Guerrero spent the morning breaking the news to relatives and preparing for his own match Sunday night.


The Target Weekly Ad

Get the
ROLL OVER TO SHOP THE LATEST VALUES

**Top Jobs**                                + More Top Jobs

| | |
|---|---|
| **Administrative: Information Systems Support** Minnpar Inc | **Building Engineer** Foshay LLC |
| **Engineer - Controls Tech** Lisec America | **Medical: Mt/MLT** Brainerd Medical Center |
| **Childcare** Childrens Home Society & Fam | **Engineer** Srf Consulting Group Inc |
| **Marketing** General Mills | **Restaurant** Jones Harrison Residence |
| **Medical Records** | **Real Estate Sales Manager** Confidential |

"I know Eddie would want the show to go on," he said.

The Target Center event was tastefully subdued, with many of the wrestlers offering taped or live tributes. Several imitated his signature moves and mannerisms, including his celebratory strutting and his frog-splash leap onto an opponent.

Crowd members chanted "Eddie" and remained silent as the ringside bell was rung 10 times, said Wade Keller, publisher and editor of Minneapolis-based www.pwtorch.com and Pro Wrestling Torch, a weekly newsletter.

Chavo Guerrero said his uncle was candid about his past drug and alcohol abuse; he recently reached four years of sobriety. Whether or not his former drug use played a role in his death is unknown; the Hennepin County medical examiner's office said the cause of death might not be known for several weeks.

"With Eddie's history... that no doubt takes a toll on your body, and whether that had anything to do with his untimely demise, I don't know," McMahon said.

Guerrero was in the Twin Cities to film "Friday Night Smackdown" for the UPN Network. About 60 to 80 WWE wrestlers were in town for the show, which included filming for "Monday Night RAW" on the USA channel.

Red-eyed and somber at a news conference, Chavo Guerrero and McMahon said there would be special tributes to Guerrero at both tapings. "It's been devastating," McMahon said.

**Defeated Brock Lesnar for title**

Guerrero had been with the WWE since 2000 and became champion in February 2004, defeating Brock Lesnar, a former University of Minnesota wrestling standout. Guerrero lost the title four months later.

Nicknamed "Latino Heat," he was a big boost to the WWE's popularity among Hispanics. "He is regarded universally as one of the premier athletes in terms of what it takes to be good in this business," said Keller, who had known Guerrero for more than a decade. "Eddie was different in that he was very well-liked. He was so emotional. He didn't shake hands, he hugged."

Guerrero was known for his athleticism inside the ring and his nuanced acting, Keller said. He also was known for a troubled past.

In May 2004, UPN aired the special "Cheating Death, Stealing Life: The Eddie Guerrero Story." It chronicled his struggle with drugs, which almost cost him his job, family and life before his recovery and fame.

**A family of wrestlers**

The son of wrestler Gory Guerrero, he was born into Mexico's first family of professional wrestling and grew up in El Paso, Texas. He recently moved to Phoenix to be closer to his family. His three older brothers were all wrestlers.

**Ridgeview Medical Center**
**DONOR SERVICES ASSOCIATE - TEAM LEADER**
Greater Twin Cities United Way
**Massage Therapists**
High Tech Institute
**Youth Auditions**
Childrens Theatre The

**Drivers**
Freightmasters
**Community Behavioral Health Hospital Administrators**
MN Dept Of Human Services
**Pharmacist**
Faircare Rx

Copyright 2005 Star Tribune. All rights reserved.

His drug escapades as an adult included flipping his car going 130 miles per hour while taking Ecstasy. Doctors told the family that it was unlikely he would survive. From there, he went on numerous binges, abusing cocaine, alcohol and painkillers. He was fired by the WWE, his wife filed for divorce and the IRS seized his wages.

After recovery, he remarried his wife, reclaimed his job and became the second Hispanic to be WWE champ.

"Eddie felt he was on borrowed time because he had done so much, and he had escaped death so many times because of car crashes and drugs and alcohol," Keller said.

The pro wrestling profession has seen numerous deaths over the years; USA Today reported that steroids played a role in seven deaths since 1997.

On Sunday night outside Target Center, teenage boys held cardboard signs honoring Guerrero and stood wide-eyed describing his signature "three amigos" move in which he plucked up opponents and dropped them on their backs three times.

"He was so charismatic," effused Ryan Hoyt, 15, of Champlin, who made a sign bedecked with photos of Guerrero that men and boys alike signed to pay their respects. (It will hang on his wall.) "Everyone just loved Eddie."

"He always had something to say," said Newell Mott, 17, of Rochester.

Words may have come easy to Guerrero, but some of his fans were speechless when they learned about his death as they arrived for Sunday's show.

Jennifer Morales, 21, of Minneapolis stared slack-jawed at her friends before she could manage: "I'm shocked. I liked him because he was Hispanic like me." She has followed his career for almost half of her life. "He knew how to represent the community."

He is survived by his wife, Vickie, and daughters Shaul, 14; Sherilyn, 9, and Kaylie Marie, 3.

Staff writer Paul Walsh contributed to this report. Chao Xiong • 612-673-4391

**Get the all-new Star Tribune delivered to your home each day!**
**Click here** to subscribe.



Feedback | Terms of Use | Privacy Policy | Member Center | Company Site | Company Directory & Contacts | Company Jobs | Advertising Information | Newspaper Subscriptions & Service | eEdition | Classroom Newspapers

425 Portland Av. S., Minneapolis, MN 55488 (612) 673-4000