UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BROCK LESNAR, | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:05CV221 (CFD) |
| vs. | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| Defendant. | : | JANUARY 10, 2006 |

## DEFENDANT WORLD WRESTLING ENTERTAINMENT, INC.'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedures and Local Rule 7, Defendant World Wrestling Entertainment, Inc. ("WWE") hereby moves this Court for a preliminary injunction to enjoin Plaintiff Brock Lesnar ("Lesnar") from further breaching the Settlement Agreement and General Release of All Claims (the "Settlement Agreement") between WWE and Lesnar. WWE's Motion for Preliminary Injunction should be granted for the reasons set forth in WWE's memorandum of law in support of its previously-filed motion for temporary restraining order and preliminary injunction dated December 6, 2005 (Docket Number 44) and the appendix annexed thereto (Docket Number 45). While those papers specifically were directed towards Lesnar's performances for New Japan Pro Wrestling on December 10 and 11, 2005 and January 4, 2006 (at which Lesnar in fact did perform in violation of the Settlement Agreement), the background and legal arguments set forth therein equally are applicable to these circumstances. Accordingly, WWE respectfully requests that this Honorable Court enter a preliminary injunction in the form of the order attached hereto, enjoining Lesnar from:

    a.    performing or appearing in association with New Japan Pro Wrestling ("New Japan") on February 19, 2006;

PI-1498996 v1

b.  otherwise performing or appearing in association with New Japan or any other person or entity involved in professional wrestling during the pendency of this litigation;

c.  entering into any agreement to perform or appear in association with New Japan or any other person or entity involved in professional wrestling during the pendency of this litigation; and

d.  otherwise breaching his obligations to WWE under the Settlement Agreement.

Respectfully submitted,

By: _____

Jerry S. McDevitt (*pro hac vice*, ct11783)
Mark D. Feczko (*pro hac vice*, ct20426)
Curtis B. Krasik (*pro hac vice pending*)
Christopher Michalski (*pro hac vice*, phv0290)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500

Daniel L. Schwartz, Esq. (ct09862)
Day, Berry & Howard LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300

Attorneys for Defendant,
World Wrestling Entertainment, Inc.

# CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent by overnight mail, postage prepaid, on the date hereof to the following counsel of record:

Scott S. Centrella, Esq.
Anne C. LeVasseur, Esq.
Diserio Martin O'Connor & Castiglioni LLP
One Atlantic Street
Stamford, CT 06901

_____
Daniel L. Schwartz

JANUARY 10, 2006