UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BROCK LESNAR, | : | Civil Action No. |
| Plaintiff, | : | 3:05-CV- 221 (CFD) |
| | : | |
| v. | : | |
| | : | |
| WORLD WRESTLING ENTERTAINMENT, INC., | : | |
| | : | |
| Defendant. | : | FEBRUARY 15, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that Defendant World Wrestling Entertainment, Inc. has manually filed the following document or thing:

Supplemental Appendix In Support Of Defendant World Wrestling Entertainment, Inc.'s Memorandum of Law In Support Of Motion For Preliminary Injunction.

This document has not been filed electronically because

☐ the document or thing cannot be converted to an electronic format

☒ the electronic file size of the documents exceeds 1.5 megabytes

☐ the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

☐ Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

71326650.1

BY     _/s/ Daniel L. Schwartz_
Daniel L. Schwartz, Esq. (ct09862)
DAY, BERRY & HOWARD LLP
One Canterbury Green
Stamford, Connecticut 06901
(203) 977-7300
Attorneys for Defendant,
World Wrestling Entertainment, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2006 a true copy of the foregoing Notice of Manual Filing was served via hand delivery upon all counsel of record as set forth below.

Scott S. Centrella, Esq.
Diserio Martin O'Connor & Castiglioni LLP
One Atlantic Street
Stamford, CT 06901

_/s/ Daniel L. Schwartz_
Daniel L. Schwartz

FILED 2006 FEB 15 P 4: 17
US DISTRICT COURT
HARTFORD CT

71326650.1

-2-