UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BROCK LESNAR, | : | CIVIL ACTION NO. |
| | : | 3:05CV00221 (CFD) |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| WORLD WRESTLING | : | |
| ENTERTAINMENT, INC., | : | |
| | : | JUNE 8, 2006 |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate to a dismissal with prejudice of the above matter, without attorneys' fees or costs to either party. The parties stipulate to dismiss, with prejudice, all claims, demands, counterclaims and appeals thereof that were or could have been raised in the above-captioned matter.

This Stipulation of Dismissal With Prejudice is respectfully filed by the parties set forth below.

| PLAINTIFF, BROCK LESNAR | DEFENDANT, WORLD WRESTLING ENTERTAINMENT, INC. |
|---|---|
| By ____/s/ Scott S. Centrella____ | By____/s/ Daniel L. Schwartz____ |
| Scott S. Centrella, Esq. (ct05809) | Daniel L. Schwartz, Esq. (ct09862) |
| Anne C. LeVasseur, Esq. (ct26757) | Day, Berry & Howard LLP |
| Diserio Martin O'Connor & Castiglioni LLP | One Canterbury Green |
| One Atlantic Street | Stamford, CT 06901-2047 |
| Stamford, CT 06901 | (203) 977-7300 |
| (203) 358-0800 | (203) 988-7301 (fax) |
| (203) 348-2321 (fax) | dlschwartz@dbh.com |
| scentrella@dmoc.com | |
| alevasseur@dmoc.com | |

Jerry S. McDevitt, Esq. (*pro hac vice*, ct11783)
Mark D. Feczko, Esq. (*pro hac vice*, ct20426)
Curtis B. Krasik, Esq. (*pro hac vice*, ct20427)
Christopher Michalski, Esq. (*pro hac vice*, phv0290)
Kirkpatrick & Lockhart Nicholson Graham LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222
(412) 355-6500
(412) 355-6501 (fax)
jmcdevitt@klng.com
mfeczko@klng.com
ckrasik@klng.com
cmichalski@klng.com